FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 09 2024 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Joshua Johnson

\# 2023001817

_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

C/o Becker, C/o williams,
Sheriff Anthony La'Rocco
Nassau County Sheriffs Department

_____

_____

_____
Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES ___✓___  NO _____

**RECEIVED**

AUG 09 2024

**EDNY PRO SE OFFICE**

**CV 24 5662**

J. Reyes

DUNST, M.J.

I.  **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A.  **Name of plaintiff** Joshua Johnson

If you are incarcerated, provide the name of the facility and address:

100 Carmen Avenue Eastmeadow NY 11554

_____

_____

Prisoner ID Number: CC# 2023001817

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____


**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.


Defendant No. 1

C/o Becker
Full Name

Correctional officer
Job Title

100 Carmen Avenue.
East meadow   NY  11554
Address


Defendant No. 2

C/o williams
Full Name

Correchonal officer
Job Title

100 Carmen Avenue
Eastmeadow  NY  11554
Address


Defendant No. 3

Anthony La'Rocco
Full Name

Sheriff
Job Title

100 Carmen Avenue Eastmeaddow NY 11554

2

_____
**Address**

**Defendant No. 4**          Nassau County Sheriffs Department
_____
**Full Name**

_____
**Job Title**

100 Carmen Avenue
East meadow NY 11554
_____
**Address**

**Defendant No. 5**          _____
**Full Name**

_____
**Job Title**

_____
**Address**

## II.    Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights.  You need <u>not</u> give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? In front of Nassau County Jail on Carmen Avenue on Court return

When did the events happen? (include approximate time and date) This event occured on April 12th 2024 at approximate time 1:30pm

3

Facts: (what happened?) On April 12th 2024 coming back from court return at approximate time 1:50 pm I was cuffed and shackled and got severly injured due to c/o driver "Becker" braked sharply and swerved violently to avoid rear-end collision with other NCSD vehicle that was attempting to avoid collision with unknown car in front of NCSD vehicle. Due to not having the seat belt fassend by c/o Becker or Passenger c/o williams upon entering the NCSD vehicle, and only being cuffed and shackled, I flew out my seat and violently landed on my right side while cuffed and shackled right in front of Nassau County Correchonal facility on carmen Avenue. Me and 3 unknown Inmates all sustained injuries and all recieved injury reports signed by C/o Becker the driver of the NCSD Vehicle on Month, day, and Year of April 12th 2024

**II.A.    Injuries.**    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I Sustained visable abrasions on right shoulder and right knee; severe pains radiating from neck and lower back. Not able to walk normally after accident. Having trouble climbing and descending stairs and have been approved by medical staff for no stairs use at in facility. Im currently ongoing weekly physical therapy

at facility and awaiting back brace for over 2months and still never recieved till this day. I have numerous sick calls and been denied proper medical attention

**III.    Relief:** State what relief you are seeking if you prevail on your complaint.

I seek $20,000.000.00 US Currency 20 million dollars due to damages to the body and future distress and strain on the body and not able to physically function the same due to accident that occured on month, day, and year of April 12th 2024

I declare under penalty of perjury that on ___8/6/24___, I delivered this
(date)
complaint to prison authorities at ___NJCCC___ to be mailed to the United
(name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/6/24

Signature of Plaintiff

NCCC 100 Carmen Ave
Name of Prison Facility or Address if not incarcerated

100 Carmen Avenue
Eastmeadow NY 11554

Address

# 2023001817
Prisoner ID#

rev. 12/1/2015

5

NAME Joshua Johnson
C.C.# 2023001817
LOCATION B.3.D.6 Cell
100 CARMAN AVENUE
EAST MEADOW, NY 11554-1146

MID-ISLAND NY 117

7 AUG 2024  PM 2  L

FOREVER / US

United States District Court
Eastern District of New York
100 Federal Plaza, Central Islip NY 11722
Attention: Pro-Se office

11722-443800