UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **January 17, 2025** |
| **TIME:** | **12:00PM** |
| **FORMAT:** | ☐ In Person ☐ Video Conference ☒ Telephone Conference |
| **DOCKET NUMBER(S):** | **24-CV-5662 (RER)(LGD)** |
| **NAME OF CASE(S):** | Johnson v. Becker et al |
| **FOR PLAINTIFF(S):** | Joshua Johnson |
| **FOR DEFENDANT(S):** | Ralph Reissman |
| **NEXT CONFERENCE(S):** | March 26, 2025 at 12:00PM via Teleconference<br>(669-254-5252 – Access Code: 161 532 0910 – Passcode: 218054) |
| **FTR/COURT REPORTER:** | 12:14-12:29, via Zoom |

**RULINGS FROM INITIAL CONFERENCE:**

Case called. Pro se plaintiff and counsel for defendants present.

For the reasons stated on the record:

(1) Pro se Plaintiff's motion to appoint counsel (DE [28]) is denied without prejudice and may be renewed in the future at the end of discovery. The Court encourages Plaintiff to consult with the E.D.N.Y. Pro Se Office, which can provide docket information, forms, and other guidance to pro se litigants. The Pro Se Office is in the Alfonse M. D'Amato U.S. Courthouse and may be contacted at (631) 712-6060.

(2) The parties shall submit a proposed schedule for discovery by 2/14/2025.

(3) Defendant shall serve this order on Plaintiff as well as a copy of the undersigned's model discovery plan and file evidence of service on ECF.

(4) The parties shall attend a Status Conference via teleconference before the undersigned on 3/26/2025 at 12:00 PM. The parties should dial 669-254-5252 and enter access code 161 532 0910 and passcode 218054. Defendant is directed to ensure that both Defense Counsel and Pro se Plaintiff are ready and connected to the teleconference by the 12:00 PM start time.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge