**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------x

JOSHUA JOHNSON,

Plaintiff,

-against-

CO BECKER, CO WILLIAMS, SHERIFF ANTHONY LAROCCO, NASSAU COUNTY SHERIFF DEPARTMENT

Defendant.

-----------------------------------------------------x

**NOTICE OF APPEARANCE**

2:24-cv-05662—RER-LGD

PLEASE TAKE NOTICE that Thomas A. Adams, Nassau County Attorney, by NICHOLAS ZOTTO, Deputy County Attorney, hereby appears for CO BECKER CO BECKER, CO WILLIAMS, SHERIFF ANTHONY LAROCCO, NASSAU COUNTY SHERIFF DEPARTMENT (hereinafter, collectively referred to as the "County Defendants"), and in this action that a copy of all notices and other papers herein are to be served upon the undersigned.

Dated: Mineola, New York
September 18, 2025

THOMAS A. ADAMS
Nassau County Attorney

By: __s/Nicholas Zotto_____________
NICHOLAS ZOTTO
Deputy County Attorney
One West Street
Mineola, New York 11501
(516) 571-3020

TO: via mail
Joshua Johnson, Pro-se plaintiff, DIN# 24B3724
P.O. Box 480
Gouverneur, NY 13642-0370