**AFFIDAVIT OF SERVICE**

JOHNSON v. BECKER et al

Index # 2:24-cv-05662-REG-LGD

STATE OF NEW YORK )
                       : ss.:
COUNTY OF NASSAU )

       Bonnie McNey, being duly sworn, deposes and says, that deponent is over twenty-one years of age, not a party to the proceedings herein, and that deponent is employed in the Office of the County Attorney of Nassau County, that on the 27th day of May, 2026 deponent served, by mail, the within **ORDER DISMISSING CASE**, upon:

Joshua Johnson
24B3724
UPSTATE CORRECTIONAL FACILITY
309 Bare Hill Road
P.O. Box 2001
Malone, NY 12953
PRO SE

by depositing a true copy of the same securely enclosed in a post-paid wrapper in a post office box regularly maintained by the United States Government at One West Street, Mineola, New York 11501 directed to the above at the addresses designated by them for the purpose upon the preceding papers.

_____
Bonnie C. McNey

Sworn to before me this
27th day of May, 2026

_____
Notary Public

DIANA CATAPANO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CA6089854
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES MAR. 31, 2027