Pro-se office,                                                    7/21/26

I'm Writing in regards of knowing what is my settlement release forth coming. Cased closed for Docket # 24CV-05662 RER-LGD on May 27th 2026. The parties have reached a financial settlement for $15,000 and Pro se Plaintiff Joshua Johnson requests for Immediate release of funds to Plaintiffs current residing address which is:

Upstate correctional facility
309 Barehill Rd.
Po Box 2001
Malone, NY 12953

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    JUL 27 2026    ★

LONG ISLAND OFFICE

REC'D IN PRO SE OFFICE
JUL 27 '26 PM12:19

Ps. Thank you for your time.

Respectfully Submitted
Joshua Johnson

#24B3724

**UPSTATE CORRECTIONAL FACILITY**
P.O. BOX 2001
MALONE, NEW YORK 12953

NAME: Joshua Johnson    DIN: 24B3724

UPSTATE
CORRECTIONAL

ALBANY NY 120
23 JUL 2026 AM 1 L

Upstate
Correctional Facility

neopost
07/22/2026
US POSTAGE $000.78°

ZIP 12953
041L11251145

LEE G. Dunst
United States MAGistrate Judge
100 Federal Plaza
central Islip, NY 11722-4438

RECEIVED
IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.

JUL 27 2026

LONG ISLAND OFFICE

LEGAl MAIL

*URGENT*

LEGALMAIL