**BRUCE A. BLAKEMAN**
**County Executive**



**THOMAS A. ADAMS**
**County Attorney**

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

July 29, 2026

**VIA ECF**

Hon. Lee G. Dunst
100 Federal Plaza
Central Islip, New York 11722

  Re: Johnson v. Becker
     Civil Action No. 24-cv-05662 (RER)(LGD)

Dear Judge Dunst:

  This letter is offered in response to Your Honor's Order dated July 28, 2026 regarding Plaintiff's letter at DE 78 regarding settlement of this action.

  Upon receipt of the Order, I investigated the circumstances surrounding the settlement and determined that due to an administrative oversight in the wake of the former Deputy County Attorney's departure from this Office, the settlement was not submitted for payment.  However, upon learning of that oversight yesterday, I immediately submitted the settlement for payment.

  As such, the County has not reneged on the settlement with Plaintiff and we will forward the settlement to the Plaintiff as soon as we receive the settlement check from the County Treasurer.

        Respectfully submitted,

        /s/ Matthew M. Rozea
        Matthew M. Rozea
        Deputy County Attorney

cc:  Joshua Johnson, *Pro se*
   24B3724
   Upstate Correctional Facility
   309 Bare Hill Road
   P.O. Box 2001
   Malone, NY 12953