**BRUCE A. BLAKEMAN**
**County Executive**

**THOMAS A. ADAMS**
**County Attorney**

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

August 21, 2026

**VIA PACER**
Magistrate Judge Lee G. Dunst
United States District Judge
Eastern Distrct of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Johnson v. Becker, et al., Docket No. **2:24-cv-05662-RER-LGD**

Dear Judge Dunst,

Allow this letter to serve as a response to this Court's Order dated July 30, 2026 on the above captioned matter regarding the payment for settlement.

I am pleased to inform the Court that the settlement check will be remitted today and that plaintiff will be receiving it shortly.

As always, I thank the Court for it's time, understanding and courtesies.

Respectfully submitted,

Matthew M. Rozea

Matthew M. Rozea, Esq.
Deputy County Attorney

CC: Joshua Johnson, Pro se
24B3724
Upstate Correctional Facility
309 Bare Hill Road
P.O. Box 2001
Malone, NY 12953

**ONE WEST STREET – MINEOLA, NEW YORK 11501-4820**
**516-571-3056, FAX 516-571-6684**